IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER GEORGE KNOX                                           PLAINTIFF

V.                        CASE NO. 5:15-CV-05205

WAL-MART STORES, INC. and
JOHN OR JANE DOE LOSS
PREVENTION OFFICERS (Store
located at 2875 W. Martin Luther
King Blvd., Fayetteville, AR)                                     DEFENDANTS

## JUDGMENT

For the reasons discussed in the Opinion and Order filed on this date, the case is

**DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS SO ORDERED** on this 24th day of February, 2016.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE